[Civ. No. 14159.   First Dist., Div. Two.   Feb. 9, 1950.]

JOHN C. MOORE, Appellant, v. BOARD OF EDUCATION OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents.

John C. Moore, in pro. per., for Appellant.

Dion R. Holm, City Attorney, and Irving G. Breyer for Respondents.

DOOLING, J.—Appellant petitioned for a writ of mandate to compel respondents to pay him $9,300 alleged to be due for services performed under a contract.   The contract is alleged to be evidenced by a letter which contains the following provision:

''The entire amount of the bid $9,300 to be raised by private means, without cost or obligation on part of the Board of Education, by a committee to be subsequently appointed.''

Apart from any other consideration it appears that respondents promised to pay nothing (except the nominal sum of $1.00 in a following sentence) and appellant agreed to look to a voluntary committee later to be formed for his

compensation. Respondents' demurrer was therefore properly sustained.

Judgment affirmed.

Nourse, P. J., and Goodell, J., concurred.

Appellant's petition for a hearing by the Supreme Court was denied March 30, 1950.